The^ Court
 

 delivered, at different times, the following opinions: .
 

 On
 
 thefirji
 
 point,- that
 
 there
 
 was a fufficient probable caufe for feizing and bringing the
 
 Grand Sachem
 
 into port.
 

 On
 
 (he fecond
 
 point, that the right of feizing and bringing in a vefiel for further examination, does not authorife, or ex-cufe, anv fpoliation, or damage, done to the property; brít that the capto¡ s proceed at their peril, and are liable fcr all the confcquent injury and lofs.
 

 On the
 
 third
 
 point, that the owners of the privateer are re- • fponlible for the conduct of their agents, the officers and crew,
 
 *335
 
 fo all the world; and that the meafure of fuch refponftbility is the full value of the property injured, or deftroyed.
 
 *
 

 On the
 
 fourth
 
 point, that whatever might, originally, have been the irregularity in attaching the
 
 Indujlry
 
 and her cargo, it is compleatly obviated, lince the captors had a power to fell the prize ; and by their own agreement, they have confented that the proceeds of the fale ihould abide the iffue of the pre-fent fuit.
 

 The decree of the Circuit Court affirmed.'
 

 *
 

 Chase,and Iredej.l,
 
 JuJlices,
 
 agreed that the owners were reipotifi-ble, but differed as to the extent, obferying that the privateer’s men were juftifiablc in abandoning, to fave themfei ves from captivity; but that the revoval of the money into the privateer, and the fubfequent fcutling of the brig, were unlawful acts.